[No. 39276-3-II. Division Two. December 21, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS LEE ELLIOTT, *Appellant*.

 *Affirmed* by unpublished opinion per Hunt, J., concurred in by Quinn-Brintnall, J.; Armstrong, J., dissenting.

[No. 39458-8-II. Division Two. December 21, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. CLIFFTON STOLLE, *Appellant*.

 *Affirmed* by unpublished opinion per Worswick, A.C.J., concurred in by Quinn-Brintnall, J., and Serko, J. Pro Tem.

[No. 40250-5-II. Division Two. December 21, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. EDWARD E. GANNON, *Appellant*.

 *Affirmed* by unpublished opinion per Van Deren, J., concurred in by Worswick, A.C.J., and Armstrong, J.

[No. 28153-1-III. Division Three. December 21, 2010.]

RANDAL L. PHIBBS, *Appellant*, v. DE VRIES MOVING PACKING STORAGE, *Defendant*, THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*.

 *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Kulik, C.J., and Sweeney, J.